UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR PRIVATE EQUITY INVESTMENTS, Individually And On Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>   v.<br><br>ROYCE J. HOLLAND and ANTHONY PARELLA,<br><br>                            Defendants. | No. 3:03-CV-2761-K |

**APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS**

**VOLUMES I & II**

| **VOLUME I** | **APP. NO.** |
|---|---|
| Second Report of Candace L. Preston, CFA in Support of Plaintiff's Motion for Class Certification | 1-23 |
| Allegiance Telecom Announces Solid Fourth Quarter and Year-End Results With Annual Revenue With Annual Revenue Growth of Over 80 Percent | 25-38 |
| Allegiance Telecom Inc (ALGX)-Q4 2001 Earnings Conference Call | 40-62 |
| Table of Analysts' 2002 Revenue and EBITDA Estimates Before and After the February 19, 2002 Disclosures | 64 |

| | |
|---|---:|
| Graph of Allegiance Telecom, Inc., Daily Stock Price and Selected Events April 16-June 28, 2002 | 66 |
| Graph of Allegiance Telecom, Inc. Daily Price vs. Nasdaq Composite Index and CLEC Company Index January 2, 2001-May 31, 2002 | 68 |
| Allegiance Telecom Announces Double Digit Sequential Revenue Growth and Improved EBITDA and Cash Burn in Second Quarter | 70-82 |
| Various Analysts Reports | 84-209 |
| Event Chronology | 211-254 |
| Joint Affidavit of Joseph A Fanciulli, Rebecca S. Hannaway, and John G. Vondras, Regarding The Expert Report of Paragon Audit & Consulting, Inc. ("Affidavit") | 255-260 |
| Exhibit 1to Affidavit: Expert Report of Paragon Audit & Consulting, Inc., By Joseph A. Fanciulli, Rebecca S. Hannaway, and John G. Vondras, In Support of Plaintiffs' Supplemental Submission Regarding Class Certification | 261-348 |
| Exhibit 2, 3, and 4 to Affidavit | 348A-348L |
| Deposition Exhibit #1 | 349-350 |
| Exhibit #34 | 351 |
| Exhibit #37 | 352 |
| Exhibit # 40 | 353 |
| Exhibit # 41 | 354 |
| Exhibit # 42 | 355 |
| Exhibit # 49 | 356-367 |
| Exhibit # 50 | 368-381 |
| Exhibit # 51 | 382-394 |

| | |
|---|---:|
| Exhibit # 52 | 395-408 |
| Exhibit # 70 | 409 |
| Exhibit # 101 | 410 |
| Exhibit # 110 | 411 |
| Exhibit # 121 | 412 |
| Exhibit # 132 | 413-414 |
| Exhibit # 167 | 415-425 |
| Exhibit # 168 | 426 |
| Exhibit # 169 | 427-437 |
| Exhibit # 170 | 438-449 |
| Exhibit # 171 | 450-460 |
| Exhibit # 182 | 461-466 |
| Exhibit # 183 | 467-489 |
| Exhibit # 212 | 490-506 |
| Exhibit # 213 | 507-509 |
| Exhibit # 237 | 510-515 |
| Exhibit #238 | 516-521 |
| Exhibit #239 | 522-527 |
| Exhibit # 240 | 528-533 |
| Exhibit # 241 | 534-546 |
| Exhibit # 242 | 547-560 |
| Exhibit # 243 | 561-574 |
| Exhibit # Acey 6 | 575-581 |

**-END VOLUME I-**

| **VOLUME II** | **APP. NO.** |
|---|---|
| Documents Produced by F.C.C. Pursuant to Freedom of Information Act Request Control No. 2007-497 | 582-730 |
| Allegiance - Portfolio Review 4.08.02 | 731 |
| Allegiance Telecom, Inc., Form 10-K/A For The Fiscal Year Ended December 21, 2000 | 732-734 |
| Allegiance Telecom, Inc., Form 10-K For The Fiscal Year Ended December 31, 2001 | 735-738 |
| Allegiance Telecom, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2002 | 739-740 |
| Allegiance Telecom, Inc., Form 10-K For The Fiscal Year Ended December 31, 2002 | 741-743 |
| Deposition Transcript of Anthony Parella, October 15, 2007 (Excerpts) | 744-760 |
| Deposition Transcript of Christine B. Kornegay, September 4th, 2007 (Excerpts) | 761-775 |
| Deposition Transcript of Clay Myers, September 20, 2007 Volume I (Excerpts) | 776-795 |
| Deposition Transcript of Clay Myers, October 4, 2007 Volume 2 (Excerpts) | 796-809 |
| Deposition Transcript of Denise Crane, January 28, 2005 (Excerpts) | 810-820 |
| Deposition Transcript of Joe Timothy Naramore, December 14, 2004 (Excerpts) | 821-828 |
| Deposition Transcript of Jon-Marc Baird, January 27, 2005 (Excerpts) | 829-845 |
| Deposition Transcript of Royce Holland, October 5, 2007 (Excerpts) | 846-865 |
| Deposition Transcript of Ryon Acey, August 30, 2007 (Excerpts) | 866-871 |

| | |
|---|---|
| Deposition Transcript of Thomas M. Lord, September 28, 2007 (Excerpts) | 872-892 |
| Credit Suisse First Boston Corporation Analyst Report February 20, 2002 | 893-896 |
| Expert Victor Moore Preliminary Report | 897-963 |
| Declaration of Lionel Z. Glancy In Support of Plaintiffs' Supplemental Submission Regarding Class Certification Loss Causation Issues On Remand From The Fifth Circuit Court of Appeals | 964-967 |

- END VOLUME II -

**DATED:** November 1, 2007

Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP
___s/Lionel Z. Glancy_____
Lionel Z. Glancy (Pro Hac Vice)
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:         info@glancylaw.com
         -and-
Robin B. Howald (Pro Hac Vice)
1501 Broadway, Suite 1900
New York, New York 10036
Telephone:   (917) 510-0009
Facsimile:    (646) 366-0895
E-mail:         hobbit99@aol.com
Lead Counsel for Plaintiffs

Roger F Claxton, S.B.N. 04329000
Robert Hill, S.B.N. 09652100
Claxton & Hill
3131 McKinney Ave, Suite 700 LB 103
Dallas, TX 75204-2471
Telephone:   (214) 969-9029
Facsimile:    (214) 953-0583
E-mail:         claxtonhill@airmail.net
Liaison Counsel for Plaintiffs