UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| OSCAR PRIVATE EQUITY INVESTMENTS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROYCE J. HOLLAND and ANTHONY PARELLA,<br><br>Defendants. | No. 3:03-CV-2761-K |

## APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

### VOLUMES I & II

<table>
<tr><th>VOLUME I</th><th>APP. NO.</th></tr>
<tr><td>Second Report of Candace L. Preston, CFA in Support of Plaintiff's Motion for Class Certification</td><td>1-23</td></tr>
<tr><td>Allegiance Telecom Announces Solid Fourth Quarter and Year-End Results With Annual Revenue With Annual Revenue Growth of Over 80 Percent</td><td>25-38</td></tr>
<tr><td>Allegiance Telecom Inc (ALGX)-Q4 2001 Earnings Conference Call</td><td>40-62</td></tr>
<tr><td>Table of Analysts' 2002 Revenue and EBITDA Estimates Before and After the February 19, 2002 Disclosures</td><td>64</td></tr>
</table>

APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-H

Page 1 of 5

Graph of Allegiance Telecom, Inc., Daily Stock Price and Selected Events April 16-June 28, 2002 — 66

Graph of Allegiance Telecom, Inc. Daily Price vs. Nasdaq Composite Index and CLEC Company Index January 2, 2001-May 31, 2002 — 68

Allegiance Telecom Announces Double Digit Sequential Revenue Growth and Improved EBITDA and Cash Burn in Second Quarter — 70-82

Various Analysts Reports — 84-209

Event Chronology — 211-254

Joint Affidavit of Joseph A Fanciulli, Rebecca S. Hannaway, and John G. Vondras, Regarding The Expert Report of Paragon Audit & Consulting, Inc. ("Affidavit") — 255-260

Exhibit 1to Affidavit: Expert Report of Paragon Audit & Consulting, Inc., By Joseph A. Fanciulli, Rebecca S. Hannaway, and John G. Vondras, In Support of Plaintiffs' Supplemental Submission Regarding Class Certification — 261-348

Exhibit 2, 3, and 4 to Affidavit — 348A-348L

Deposition Exhibit #1 — 349-350

Exhibit #34 — 351

Exhibit #37 — 352

Exhibit # 40 — 353

Exhibit # 41 — 354

Exhibit # 42 — 355

Exhibit # 49 — 356-367

Exhibit # 50 — 368-381

Exhibit # 51 — 382-394

APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-H                                                                 Page 2 of 5

| | |
|---|---|
| Exhibit # 52 | 395-408 |
| Exhibit # 70 | 409 |
| Exhibit # 101 | 410 |
| Exhibit # 110 | 411 |
| Exhibit # 121 | 412 |
| Exhibit # 132 | 413-414 |
| Exhibit # 167 | 415-425 |
| Exhibit # 168 | 426 |
| Exhibit # 169 | 427-437 |
| Exhibit # 170 | 438-449 |
| Exhibit # 171 | 450-460 |
| Exhibit # 182 | 461-466 |
| Exhibit # 183 | 467-489 |
| Exhibit # 212 | 490-506 |
| Exhibit # 213 | 507-509 |
| Exhibit # 237 | 510-515 |
| Exhibit #238 | 516-521 |
| Exhibit #239 | 522-527 |
| Exhibit # 240 | 528-533 |
| Exhibit # 241 | 534-546 |
| Exhibit # 242 | 547-560 |
| Exhibit # 243 | 561-574 |
| Exhibit # Acey 6 | 575-581 |

-END VOLUME I-

APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES
ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-H                                    Page 3 of 5

## VOLUME II

| | APP. NO. |
|---|---|
| Documents Produced by F.C.C. Pursuant to Freedom of Information Act Request Control No. 2007-497 | 582-730 |
| Allegiance - Portfolio Review 4.08.02 | 731 |
| Allegiance Telecom, Inc., Form 10-K/A For The Fiscal Year Ended December 21, 2000 | 732-734 |
| Allegiance Telecom, Inc., Form 10-K For The Fiscal Year Ended December 31, 2001 | 735-738 |
| Allegiance Telecom, Inc., Form 10-Q For the Quarterly Period Ended September 30, 2002 | 739-740 |
| Allegiance Telecom, Inc., Form 10-K For The Fiscal Year Ended December 31, 2002 | 741-743 |
| Deposition Transcript of Anthony Parella, October 15, 2007 (Excerpts) | 744-760 |
| Deposition Transcript of Christine B. Kornegay, September 4th, 2007 (Excerpts) | 761-775 |
| Deposition Transcript of Clay Myers, September 20, 2007 Volume I (Excerpts) | 776-795 |
| Deposition Transcript of Clay Myers, October 4, 2007 Volume 2 (Excerpts) | 796-809 |
| Deposition Transcript of Denise Crane, January 28, 2005 (Excerpts) | 810-820 |
| Deposition Transcript of Joe Timothy Naramore, December 14, 2004 (Excerpts) | 821-828 |
| Deposition Transcript of Jon-Marc Baird, January 27, 2005 (Excerpts) | 829-845 |
| Deposition Transcript of Royce Holland, October 5, 2007 (Excerpts) | 846-865 |
| Deposition Transcript of Ryon Acey, August 30, 2007 (Excerpts) | 866-871 |

APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-H                                                                 Page 4 of 5

Deposition Transcript of Thomas M. Lord,                    872-892
September 28, 2007 (Excerpts)

Credit Suisse First Boston Corporation                      893-896
Analyst Report February 20, 2002

Expert Victor Moore Preliminary Report                      897-963

Declaration of Lionel Z. Glancy In Support of              964-967
Plaintiffs' Supplemental Submission
Regarding Class Certification Loss Causation
Issues On Remand From The Fifth Circuit
Court of Appeals

**DATED:**        November 1, 2007               Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP
___*s/Lionel Z. Glancy*_____
Lionel Z. Glancy (Pro Hac Vice)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:      (310) 201-9150
Facsimile:      (310) 201-9160
E-mail:         info@glancylaw.com
        -and-
Robin B. Howald (Pro Hac Vice)
1501 Broadway, Suite 1900
New York, New York 10036
Telephone:      (917) 510-0009
Facsimile:      (646) 366-0895
E-mail:         hobbit99@aol.com

Lead Counsel for Plaintiffs

Roger F Claxton, S.B.N. 04329000
Robert Hill, S.B.N. 09652100
Claxton & Hill
3131 McKinney Ave, Suite 700 LB 103
Dallas, TX 75204-2471
Telephone:      (214) 969-9029
Facsimile:      (214) 953-0583
E-mail:         claxtonhill@airmail.net

Liaison Counsel for Plaintiffs

APPENDIX TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES
ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-H                                           Page 5 of 5

FEDERAL COMMUNICATIONS COMMISSION
Washington, D.C. 20554

October 15, 2007

VIA FEDERAL EXPRESS

Andrew Tan
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Re:    Freedom of Information Act Request Control No. 2007-497

Dear Mr. Tan:

We are hereby forwarding documents responsive to your August 30, 2007 Freedom of Information Act (FOIA) request (Control No. 2007-497).[1] Additionally, on our own motion, we are revising our September 27, 2007 decision responding to your request.[2] Specifically, we found in our September 27, 2007 letter that Part II of the "public versions" of the Allegiance Form 477 filings contains sufficiently detailed information about Allegiance's business activities such that a competitor could directly and indirectly derive competitively sensitive customer and network information.[3] We further found that the release of these parts of Allegiance's "public versions" would threaten substantial competitive harm to XO as the successor in interest to Allegiance, and we denied your request to the extent that it sought those records.[4] On our own motion, we revise our earlier response to make these same findings with regard to Part I of the "public versions" of the Allegiance filings and we further deny your FOIA request to the extent that it seeks Part I of these versions of the filings.

Additionally, we previously granted your request to the extent that it seeks the cover letters transmitting the filings.[5] We find on our own motion that the cover letters in fact contain information that we determined in our September 27, 2007 response not to release: specifically, the name of the contact representatives associated with the filings. Accordingly, we further deny your request to the extent that it seeks this information in the cover letters.

Finally, we correct our September 27, 2007 response letter to indicate that we are withholding the 'Contact Person,' and 'Contact person telephone and e-mail address' information

---

[1]    E-mail from Andrew Tan, Glancy Binkow and Goldberg, LLP, to FCC FOIA Officer, dated August 30, 2007.
[2]    Letter from Kirk Burgee, Chief of Staff, FCC Wireline Competition Bureau, to Andrew Tan, Glancy Binkow & Goldberg LLP, September 27, 2007 (WCB Response). *See* 47 C.F.R. § 1.113(a).
[3]    WCB Response at p. 2.
[4]    *Id.*
[5]    *Id.* at p. 3.

contained boxes 6 and 7 or 7 and 8 (rather than boxes 5 and 6) of the cover pages of the filings, depending upon when the filing was effected. We are withholding information in the 'Contact Person' and 'Telephone Number' fields from the certification statements submitted with the filings (the certification statements do not contain 'E-mail' information for the contact person).

We do not revise our September 27, 2007 decision except as specifically set forth above.

———————

Under FCC rule §0.461(i)(2), you have ten business days following the date of this letter to file an application for review of the Wireline Competition Bureau's revisions to its September 27, 2007 decision as set out in this letter, *i.e.*, the decisions to withhold Part I of the "public versions" of the Allegiance Form 477 filings and the name of the contact representative in the associated cover letters.[6]

Sincerely,

*Kirk S. Burgee*

Kirk S. Burgee
Chief of Staff
Wireline Competition Bureau

Enclosures

cc:    Kelly Faul (by facsimile; without enclosures)

———————

[6] *See* 47 C.F.R. §§ 1.113(c) and 0.461(i)(2).

2

App. 583

*allegiancetelecom,inc.*

*9201 N. Central Expressway*
*The Pyramids, Bldg. B*
*Dallas, TX 75231*
*214/261-7100 phone*
*469/259-9122 fax*

August 31, 2001

VIA Overnight Delivery

FCC
Industry Analysis Division, Rm. 6-A220
445 12th St., S.W.
Washington, D.C.  20554

Subject:    Allegiance Telecom, Inc.
            FCC Form 477 - Local Competition and Broadband Reporting

Dear FCC:

Allegiance Telecom, Inc. hereby submits the Local Competition and Broadband Reporting Form, FCC Form 477, as of June 30, 2001.  This filing includes an originally signed Certification Statement and 32 files contained on 8 floppy diskettes.  Of these 32 files, 16 are public versions with the remaining 16 files being privileged and/or confidential versions of FCC Form 477.

We request **"CONFIDENTIAL"** treatment of the enclosed information.

Please acknowledge receipt of this filing by date stamping the extra copy of this letter and returning it to me in the enclosed self-addressed envelope.

Please contact ▮▮▮▮▮▮▮▮▮▮ if you have any questions or need additional information.  Thank you.

Sincerely,

David Rose
Regulatory Manager
Allegiance Telecom, Inc.
(469) 259-2067
david.rose@algx.com

Enclosures

## V.    CERTIFICATION STATEMENT

---

**FCC Form 477 Local Competition and Broadband Reporting**
**CERTIFICATION STATEMENT**

Mail to        Industry Analysis Division
               Rm. 6-A220
               445 12th St, SW
               Washington, D.C. 20554

This filing is an    (check one) __X__ original filing        ____revised filing

Organization name:   Allegiance Telecom, Inc.                              .

Number of files provided for this reporting period:   32 (16 Redacted and 16 Complete)

Year: (of the data):  __2001__        Data as of: [Check one: June 30 _X_ ;   December 31 ___  ]

I certify that I am an officer of __Allegiance Telecom, Inc._____ ;  that I have examined the information contained in the data files attached herein and that to the best of my knowledge, information and belief, all statements of fact contained in such files are true and that said files represent an accurate statement of the affairs of the above named respondent as of the following date:
    __June 30, 2001_____.

If I have requested non-disclosure of some or all of the information in FCC Form 477 by so indicating on Line 10 of the form, I certify that this information is privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the respondent.

PRINTED NAME:  __Anthony Parella_____

POSITION:  __Executive Vice President_____

SIGNATURE: _____

DATE:  __August 31, 2001_____

Persons making willful false statements in the report form can be punished by fine or imprisonment under the Communications Act, 47 U.S.C. 220(e).

CONTACT PERSON:  _____

TELEPHONE NUMBER:  _____

---

FEDERAL COMMUNICATIONS COMMISSION

13

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

**1.** Filing Status   | Meet local competition threshold only |

**2.** Company   | Allegiance Telecom of Arizona, Inc. |

File data as of:   | June 30, 2001 |

**3.** Indicate the category that best describes the operations covered by this filing.

| Wireline Local Exchange Carrier |

**4.** Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.

| non-ILEC operations |

**5.** Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

| Allegiance Telecom, Inc. |

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

| |

**6.** State.   | Arizona |

**7.** Contact person (person who prepared the data contained below).

| ▉▉▉▉▉▉▉ |

**8.** Contact person telephone number and e-mail address.

phone   | ▉▉▉▉▉▉ |

e-mail   | ▉▉▉▉▉▉ |

**9.** Indicate whether this is an original or revised filing.

| Original Filing |

**10.** Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

| Filer certifies that some data in this report is privileged and confidential |

**11.** If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

| Redacted version of file |

---

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an 'example' name, below. Replace the character '#' in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1," would cause you to submit more than one file with the identical file name.

Example | AZC#.t01Allegiance Telecom of Arizona, Inc..XLS |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

[Allegiance Telecom of Arizona, Inc.  non-ILEC operations for Arizona June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities.  See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
| | |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Part IV: Explanations and Comments

Allegiance Telecom of Arizona, Inc.  non-ILEC operations  for Arizona  June 30, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 -- Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

Allegiance Telecom of Arizona, Inc. -- non-ILEC operations for Arizona, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 589**

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

**All filers must complete this section.**    File data as of: June 30, 2001

Please review instructions before completing form.

| | |
|---|---|
| 1. | **Filing Status**  Meet broadband and local competition thresholds |
| 2. | **Company**  Allegiance Telecom of California, Inc. |
| 3. | Indicate the category that best describes the operations covered by this filing.  Wireline Local Exchange Carrier |
| 4. | Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.  non-ILEC operations |
| 5. | Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See Instructions Section IV-B-1 for information on preparing file names.  Allegiance Telecom, Inc. |
| | If you selected "not shown" above, then provide the following:  Name of company, parent or controlling entity. |
| 6. | **State.**  California |
| 7. | **Contact person** (person who prepared the data contained below).  ████████ |
| 8. | Contact person telephone number and e-mail address.  phone ███████████  e-mail ███████████ |
| 9. | Indicate whether this is an original or revised filing.  Original Filing |
| 10. | Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.  Filer certifies that some data in this report is privileged and confidential |
| 11. | If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.  Redacted version of file |

**Reminders:**

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page instructions, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: CACALI01Allegiance_Telecom_of_California_Inc_.XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 590

**FCC Form 477 – Local Competition and Broadband Reporting**

Part III: Mobile Local Telephone

[Allegiance Telecom of California, Inc. non-ILEC operations for California, June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

III - 1. Cellular, PCS & other mobile telephony.

| (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of California, Inc., non-ILEC operations, for California, June 30, 2001

Space for comments or explanatory notes.

Part

Line

Comment

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 592

**FCC Form 477 — Local Competition and Broadband Reporting**

Part V: Zip Code Listings

Allegiance Telecom of California, Inc. — non-ILEC operations for California, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an 'example' name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: CACA#01Allegiance Telecom of California, Inc.Revised Fi

OMB NO. 3060-0816
EXPIRATION DATE: 11/30/2003

---

**All filers must complete this section.**

1. Filing Status | Meet broadband and local competition thresholds
2. Company | Allegiance Telecom of California, Inc.

File data as of: | June 30, 2001

3. Indicate the category that best describes the operations covered by this filing.
| Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
| non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
| Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:
Name of company, parent or controlling entity.

6. State. | California

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
phone
e-mail

9. Indicate whether this is an original or revised filing.
| Revised Filing 1

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
| Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
| Redacted version of file

App. 594

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of California, Inc. - non-ILEC operations for California, June 30, 2001]

Data as of June 30, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service: subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 595

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of California, Inc.    non-ILEC operations for California, June 30, 2001

Part     Line     Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

Allegiance Telecom of California, Inc. — non-ILEC operations for California, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 597

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

1. Filing Status  `Meet local competition threshold only`
2. Company  `Allegiance Telecom of Colorado, Inc.`

File data as of:  `June 30, 2001`

3. Indicate the category that best describes the operations covered by this filing.

   `Wireline Local Exchange Carrier`

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations.

   `non-ILEC operations`

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See Instructions Section IV-B-1 for information on preparing file names.

   `Allegiance Telecom, Inc.`

If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity.  `_____`

6. State.  `Colorado`

7. Contact person  (person who prepared the data contained below).  `_____`

8. Contact person telephone number and e-mail address.

   phone  `_____`

   e-mail  `_____`

9. Indicate whether this is an original or revised filing.

   `Original Filing`

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

    `Filer certifies that some data in this report is privileged and confidential`

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

    `Redacted version of file`

### Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example:  `COC#.01 Allegiance Telecom of Colorado, Inc. .XLS`

OMB NO: 3060-0816

EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

[Allegiance Telecom of Colorado, Inc. non-ILEC operations for Colorado June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.    Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III - 1. Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 599

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part IV: Explanations and Comments**

Allegiance Telecom of Colorado, Inc., non-ILEC operations, for Colorado, June 30, 2001

Part    Line    Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 -- Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

Allegiance Telecom of Colorado, Inc., non-ILEC operations for Colorado, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page instructions. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

---

All filers must complete this section.

**Filing Status**
1. Meet broadband and local competition thresholds

2. **Company**  Allegiance Telecom of the District of Columbia, Inc.

File data as of: June 30, 2001

3. Indicate the category that best describes the operations covered by this filing.
Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
non-ILEC operations

If you selected "not shown" above, then provide the following:
Name of company, parent or controlling entity.
Allegiance Telecom, Inc.

6. **State.**
District of Columbia

7. Contact person (person who prepared the data contained below).
[redacted]

8. Contact person telephone number and e-mail address.
phone [redacted]
e-mail [redacted]

9. Indicate whether this is an original or revised filing.
Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
Redacted version of file

Example: [DCCAJ01Allegiance Telecom of the District of Columbia, I]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Allegiance Telecom of the District of Columbia, Inc. non-ILEC operations for District of Columbia June 30, 2001

Data as of June 30, 2001

A.    Mobile voice telephony subscribers in service and served
       over your own facilities.

| (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.    Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part IV: Explanations and Comments**

[Allegiance Telecom of the District of Columbia, Inc. non-LEC operations for District of Columbia June 30, 2001]

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

Allegiance Telecom of the District of Columbia, Inc.  non-ILEC operations for District of Columbia, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 -- Local Competition and Broadband Reporting

All filers must complete this section.

| | | File data as of: | June 30, 2001 |
|---|---|---|---|

1. Filing Status | Meet broadband and local competition thresholds
2. Company | Allegiance Telecom of the District of Columbia, Inc.

3. Indicate the category that best describes the operations covered by this filing.

   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations.
   Use the following drop-down box to indicate whether this worksheet contains data
   for ILEC or for non-ILEC operations.

   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling
   entity name. Select "not shown" if it is not in the list. See instructions
   Section IV-B-1 for information on preparing file names.

   Allegiance Telecom, Inc.

   If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity.

6. State.

   District of Columbia

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

   phone  [redacted]

   e-mail  [redacted]

9. Indicate whether this is an original or revised filing.

   Revised Filing 1

10. Indicate whether you request non-disclosure of some or all of the information in this file
    because you believe that this information is privileged and confidential and public disclosure
    of such information would likely cause substantial harm to the competitive position of the filer.

    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

    Redacted version of file

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before
   you mail them.

2) If you are filing original or revised data for an earlier
   semi-annual reporting period, do not use this particular
   form (which is only for data as of June 30, 2001). See
   Reminder 4.

3) You may not insert or delete columns or rows, move
   cells, or edit text or numbers outside the cells provided
   for data entries. Files that cannot be opened in
   EXCEL97, files whose structure has been altered,
   and files with improper names will be returned for
   refiling.

4) If you have questions about the form, contact the
   Common Carrier Bureau, Industry Analysis Division
   at (202) 418-0940; via e-mail at 477INFO@fcc.gov;
   or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by
   an officer of your company. A single statement will
   cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must
   file a public version of the form with such information
   redacted. See Sections IV-B and IV-C of the instructions
   for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the
   instructions. To assist you, complete this Cover Page
   to generate an 'example' name, below. Replace the
   character '#' in this example name with a sequence
   number as specified in the instructions. This number
   should be "1" unless using "1" would cause you to
   submit more than one file with the identical file name.

   Example  DC#A001Allegiance Telecom of the District of Columbia, I

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 606

FCC Form 477 – Local Competition and Broadband Reporting

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of the District of Columbia, Inc._ non-LEC operations_for District of Columbia_June 30, 2001 _ _ _ _ _ _ _ ]

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477  –  Local Competition and Broadband Reporting

Part IV:  Explanations and Comments

[Allegiance Telecom of the District of Columbia, Inc.   non-ILEC operations  for District of Columbia,  June 30, 2001]

Part

Line

Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE:  11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

Allegiance Telecom of the District of Columbia, Inc.   non-ILEC operations   for District of Columbia, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1. 5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Cover Page - Name & Contact Information**

All filers must complete this section.

Please review instructions before completing form.

1. Filing Status  [Meet local competition threshold only]
2. Company  [Allegiance Telecom of Georgia, Inc.]  File data as of: [June 30, 2001]

3. Indicate the category that best describes the operations covered by this filing.
   [Wireline Local Exchange Carrier]

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   [non-ILEC operations]

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   [Allegiance Telecom, Inc.]

   If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity.
   [_____]

6. State.  [Georgia]

7. Contact person (person who prepared the data contained below).
   [████████████]

8. Contact person telephone number and e-mail address.
   phone  [████████████]
   e-mail  [████████████]

9. Indicate whether this is an original or revised filing.
   [Original Filing]

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    [Filer certifies that some data in this report is privileged and confidential]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    [Redacted version of file]

**Reminders:**

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: [GAC#.01Allegiance Telecom of Georgia, Inc. .XLS]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting                    Part III: Mobile Local Telephone

[Allegiance Telecom of Georgia, Inc.   non-ILEC operations for Georgia  June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

A.  Mobile voice telephony subscribers in service and served over your own facilities.

Data as of June 30, 2001

III - 1.  Cellular, PCS & other mobile telephony.

| (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

OMB NO: 3060-0816<br>EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Georgia, Inc.   non-ILEC operations   for Georgia   June 30, 2001

Part

Line

Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of Georgia, Inc.   non-ILEC operations for Georgia June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 -- Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

**All filers must complete this section.**

**File data as of:** [June 30, 2001]

**1. Filing Status** — [Meet local competition threshold only]

**2. Company** — [Allegiance Telecom of Illinois, Inc.]

**3.** Indicate the category that best describes the operations covered by this filing. — [Wireline Local Exchange Carrier]

**4.** Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. — [non-ILEC operations]

**5.** Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. — [Allegiance Telecom, Inc.]

If you selected "not shown" above, then provide the following:

[Name of company, parent or controlling entity.]

**6. State.** — [Illinois]

**7.** Contact person (person who prepared the data contained below). — [            ]

**8.** Contact person telephone number and e-mail address.
- phone — [            ]
- e-mail — [            ]

**9.** Indicate whether this is an original or revised filing. — [Original Filing]

**10.** Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. — [Filer certifies that some data in this report is privileged and confidential]

**11.** If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. — [Redacted version of file]

**Reminders:** Please review instructions before completing form.

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov, or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: [ILC#_01Allegiance Telecom of Illinois, Inc._XLS]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting | Part III: Mobile Local Telephone

[Allegiance Telecom of Illinois, Inc._non-ILEC operations_for Illinois_June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III - 1. Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Illinois, Inc. non-ILEC operations for Illinois, June 30, 2001

Part

Line

Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting
Part V: Zip Code Listings

Allegiance Telecom of Illinois, Inc. non-ILEC operations for Illinois, June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

All filers must complete this section.

**File data as of:** June 30, 2001

1. Filing Status | Meet local competition threshold only
2. Company | Allegiance Telecom of Maryland, Inc.

3. Indicate the category that best describes the operations covered by this filing.
   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations.
   Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:
   Name of company, parent or controlling entity.

6. State. | Maryland

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.
   Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    Redacted version of file

---

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | MDCK#01Allegiance Telecom of Maryland, Inc. X1.S

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Allegiance Telecom of Maryland, Inc. — non-ILEC operations — for Maryland, June 30, 2001

Data as of June 30, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816<br>EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Maryland, Inc. – non-ILEC operations for Maryland, June 30, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting | Part V: Zip Code Listings

[Allegiance Telecom of Maryland, Inc., non-ILEC operations, for Maryland, June 30, 2001]

Do not provide customer counts by Zip Code.

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 621

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing Status    | Meet local competition threshold only |
2. Company    | Allegiance Telecom of Massachusetts, Inc. |

File data as of: | June 30, 2001 |

3. Indicate the category that best describes the operations covered by this filing.

| Wireline Local Exchange Carrier |

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations.

| non-ILEC operations |

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

| Allegiance Telecom, Inc. |

If you selected "not shown" above, then provide the following:

| Name of company, parent or controlling entity. |

6. State.    | Massachusetts |

7. Contact person (person who prepared the data contained below).

| ▇▇▇▇▇▇▇▇ |

8. Contact person telephone number and e-mail address.

phone    | ▇▇▇▇▇▇▇ |

e-mail    | ▇▇▇▇▇▇ |

9. Indicate whether this is an original or revised filing.

| Original Filing |

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

| Filer certifies that some data in this report is privileged and confidential |

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

| Redacted version of file |

### Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov, or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: | MAC&#01 Allegiance Telecom of Massachusetts, Inc._XLS |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting                                    Part III: Mobile Local Telephone

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of Massachusetts, Inc. non-LEC operations for Massachusetts, June 30, 2001]

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 623

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part IV:  Explanations and Comments**

Allegiance Telecom of Massachusetts, Inc.  non-ILEC operations  for Massachusetts  June 30, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE:  11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

[Allegiance Telecom of Massachusetts, Inc., non-ILEC operations, for Massachusetts, June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer. Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1. 5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Wireless Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: [MICA.I01.Allegiance Telecom of Michigan, Inc._.XLS]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

---

All filers must complete this section.   File data as of: [June 30, 2001]

1. Filing Status [Meet local competition threshold only]

2. Company [Allegiance Telecom of Michigan, Inc.]

3. Indicate the category that best describes the operations covered by this filing. [Wireline Local Exchange Carrier]

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations. [non-ILEC operations]

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. [Allegiance Telecom, Inc.]

If you selected "not shown" above, then provide the following: [Name of company, parent or controlling entity.]

6. State. [Michigan]

7. Contact person [person who prepared the data contained below].

8. Contact person telephone number and e-mail address.
phone [redacted]
e-mail [redacted]

9. Indicate whether this is an original or revised filing. [Original Filing]

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. [Filer certifies that some data in this report is privileged and confidential]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. [Redacted version of file]

FCC Form 477 – Local Competition and Broadband Reporting | Part III: Mobile Local Telephone

:Allegiance Telecom of Michigan, Inc. non-ILEC operations for Michigan June 30, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

A.  Mobile voice telephony subscribers in service and served over your own facilities.

Data as of June 30, 2001

III - 1.  Cellular, PCS & other mobile telephony.

| (a) Network telephone service: subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Michigan, Inc. – non-ILEC operations for Michigan June 30, 2001

Part

Line   Comment

Space for comments or explanatory notes.

OMB NO. 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

[Allegiance Telecom of Michigan, Inc.   non-ILEC operations   for Michigan   June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

| | | |
|---|---|---|
| 1. | Filing Status | Meet local competition threshold only |
| 2. | Company | Allegiance Telecom of Missouri, Inc. |

**File data as of:** June 30, 2001

3. Indicate the category that best describes the operations covered by this filing.

Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.

non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. State.

Missouri

7. Contact person (person who prepared the data contained below).

Name of company, parent or controlling entity.

8. Contact person telephone number and e-mail address.

phone [redacted]

e-mail [redacted]

9. Indicate whether this is an original or revised filing.

Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

Redacted version of file

### Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: MOC#101 Allegiance Telecom of Missouri, Inc..XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 630

FCC Form 477 -- Local Competition and Broadband Reporting | Part III: Mobile Local Telephone

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of Missouri, Inc. non-ILEC operations for Missouri, June 30, 2001]

A.  Mobile voice telephony subscribers in service and served over your own facilities.

III - 1.  Cellular, PCS & other mobile telephony.

Data as of June 30, 2001

| (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 631

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

[Allegiance Telecom of Missouri, Inc.  non-ILEC operations  for Missouri  June 30, 2001]

Space for comments or explanatory notes.

Part

Line

Comment

OMB NO.: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting | Part V: Zip Code Listings

Allegiance Telecom of Missouri, Inc. non-ILEC operations for Missouri June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page – Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

Reminders:

**1.** Filing Status | Meet local competition threshold only
**2.** Company | Allegiance Telecom of New Jersey, Inc.

File data as of: June 30, 2001

1) Virus check your floppy diskettes or compact disk before you mail them.

**3.** Indicate the category that best describes the operations covered by this filing.
Wireline Local Exchange Carrier

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

**4.** Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
non-ILEC operations

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

**5.** Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov, or via TTY at (202) 418-0484.

**6.** State. | New Jersey

**7.** Contact person. (person who prepared the data contained below).

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

**8.** Contact person telephone number and e-mail address.
phone
e-mail

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

**9.** Indicate whether this is an original or revised filing.
Original Filing

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

**10.** Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
Filer certifies that some data in this report is privileged and confidential

**11.** If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
Redacted version of file

Example: NJC#.IQTAllegiance Telecom of New Jersey, Inc..XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

[Allegiance Telecom of New Jersey, Inc. non-ILEC operations for New Jersey June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.    Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.    Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 635

FCC Form 477 — Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of New Jersey, Inc. non-ILEC operations for New Jersey, June 30, 2001

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of New Jersey, Inc. — non-ILEC operations for New Jersey, June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer. Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing Status | Meet broadband and local competition thresholds
2. Company | Allegiance Telecom of New York, Inc.

3. Indicate the category that best describes the operations covered by this filing.

File data as of: June 30, 2001

Wireline Local Exchange Carrier

4. Fliers must report separate data for iLEC and non-iLEC operations. Use the following drop-down box to indicate whether this worksheet contains data for iLEC or for non-iLEC operations.

non-iLEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. State. | New York

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.

Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

Redacted version of file

### Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character '#' in the example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | NYC#_01 Allegiance Telecom of New York, Inc. XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/20/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of New York, Inc. non-ILEC operations for New York June 30, 2001

Part    Line    Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

**[Allegiance Telecom of New York, Inc., non-ILEC operations for New York, June 30, 2001]**

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

## FCC Form 477 – Local Competition and Broadband Reporting

All filers must complete this section.

1. Filing Status — Meet broadband and local competition thresholds
2. Company — Allegiance Telecom of New York, Inc.

File data as of: June 30, 2001

3. Indicate the category that best describes the operations covered by this filing: Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations. non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following: Name of company, parent or controlling entity.

6. State. New York

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone ▮▮▮▮▮▮
   e-mail ▮▮▮▮▮▮

9. Indicate whether this is an original or revised filing. Revised Filing 1

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. Redacted version of file

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940, via e-mail at 477INFO@fcc.gov, or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: NYG#.L01 Allegiance Telecom of New York, Inc.Revised Fi

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

[Allegiance Telecom of New York, Inc., non-ILEC operations for New York, June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 642

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of New York, Inc. non-ILEC operations for New York June 30, 2001

| Part | Line | Comment |
|------|------|---------|
| | | Space for comments or explanatory notes. |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of New York, Inc. non-ILEC operations for New York June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1. 5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | XXXXXX | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 644

**FCC Form 477 – Local Competition and Broadband Reporting**

**All filers must complete this section.**

1. Filing Status | Meet local competition threshold only
2. Company | Allegiance Telecom of Pennsylvania, Inc.

3. Indicate the category that best describes the operations covered by this filing.
   | Wireline Local Exchange Carrier |

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   | non-ILEC operations |

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   | Allegiance Telecom, Inc. |

   If you selected "not shown" above, then provide the following:
   Name of company, parent or controlling entity.
   |                    |

6. State. | Pennsylvania

7. Contact person *(person who prepared the data contained below).*
   |                    |

8. Contact person telephone number and e-mail address.
   phone | ▓▓▓▓▓▓▓▓
   e-mail | ▓▓▓▓▓▓▓▓▓▓

9. Indicate whether this is an original or revised filing.
   | Original Filing |

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
   | Filer certifies that some data in this report is privileged and confidential |

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
   | Redacted version of file |

---

**Cover Page - Name & Contact Information**

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character '#' in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | PA0#J01Allegiance Telecom of Pennsylvania, Inc..XLS

File data as of: | June 30, 2001

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

Allegiance Telecom of Pennsylvania, Inc., non-ILEC operations for Pennsylvania, June 30, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III - 1.  Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Pennsylvania, Inc.    non-ILEC operations for Pennsylvania  June 30, 2001

Part    Line    Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part V: Zip Code Listings

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer. Do not provide customer counts by Zip Code.

Allegiance Telecom of Pennsylvania, Inc. — non-ILEC operations for Pennsylvania  June 30, 2001

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 -- Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing Status
2. Company

| Meet local competition threshold only |
| Allegiance Telecom of Texas, Inc. |

File data as of: | June 30, 2001 |

**Reminders:**

3. Indicate the category that best describes the operations covered by this filing.

| Wireline Local Exchange Carrier |

1) Virus check your floppy diskettes or compact disk before you mail them.

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations.

| non-ILEC operations |

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

| Allegiance Telecom, Inc. |

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

If you selected "not shown" above, then provide the following:

| Name of company, parent or controlling entity. |

6. State.

| Texas |

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

7. Contact person (person who prepared the data contained below).

| ████████████████ |

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

8. Contact person telephone number and e-mail address.

phone | ████████ |

e-mail | ████████ |

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

9. Indicate whether this is an original or revised filing.

| Original Filing |

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

| TXC#A01Allegiance Telecom of Texas, Inc. .XLS |

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

| Filer certifies that some data in this report is privileged and confidential |

Example: TXC#A01Allegiance Telecom of Texas, Inc. .XLS

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

| Redacted version of file |

OMB NO.  3060-0816
EXPIRATION DATE:  11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

~~Allegiance Telecom of Texas, Inc. non-LEC operations for Texas June 30, 2001~~

Data as of June 30, 2001

A.   Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III - 1.   Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 650**

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Alliance Telecom of Texas, Inc. non-LEC operations for Texas - June 30, 2001

Part    Line    Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003