FCC Form 477 — Local Competition and Broadband Reporting

Part V: Zip Code Listings

Allegiance Telecom of Texas, Inc.   non-ILEC operations for Texas   June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

All filers must complete this section.

1. Filing Status   [Meet local competition threshold only]

2. Company   [Allegiance Telecom of Virginia, Inc.]

3. Indicate the category that best describes the operations covered by this filing.   File data as of: [June 30, 2001]
   [Wireline Local Exchange Carrier]

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations.
   [non-ILEC operations]

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   [Allegiance Telecom, Inc.]

If you selected "not shown" above, then provide the following:
   Name of company, parent or controlling entity.
   [                    ]

6. State.   [Virginia]

7. Contact person (person who prepared the data contained below).
   [                    ]

8. Contact person telephone number and e-mail address.
   phone [                    ]
   e-mail [                    ]

9. Indicate whether this is an original or revised filing.
   [Original Filing]

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
   [Filer certifies that some data in this report is privileged and confidential]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
   [Redacted version of file]

## Cover Page - Name & Contact Information

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.
   Example: [VACK#01Allegiance Telecom of Virginia, Inc..XLS]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

[Allegiance Telecom of Virginia, Inc., non-ILEC operations for Virginia June 30, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III - 1.  Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816<br>EXPIRATION DATE: 11/30/2003

App. 654

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Virginia, Inc.  non-ILEC operations for Virginia, June 30, 2001

| Part | Line | Comment |
|------|------|---------|
|      |      | Space for comments or explanatory notes. |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Part V: Zip Code Listings

[Allegiance Telecom of Virginia, Inc.  non-ILEC operations  for Virginia  June 30, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a)<br>Broadband<br>Service | (b)<br>Wireline & Fixed<br>Wireless Exchange<br>Telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 656

# FCC Form 477 – Local Competition and Broadband Reporting

All filers must complete this section.

**Cover Page - Name & Contact Information**

| | | **File data as of:** |
|---|---|---|
| 1. | Filing Status | Meet local competition threshold only |
| 2. | Company | Allegiance Telecom of Washington, Inc. |

3. Indicate the category that best describes the operations covered by this filing.
   [Wireline Local Exchange Carrier]

4. Filers must report separate data for ILEC and non-ILEC operations.
   Use the following drop-down box to indicate whether this worksheet contains data
   for ILEC or for non-ILEC operations.
   [non-ILEC operations]

5. Use the following drop-down box to select your company, parent or controlling
   entity name. Select "not shown" if it is not in the list. See instructions
   Section IV.B-1 for information on preparing file names.
   [Allegiance Telecom, Inc.]

   If you selected "not shown" above, then provide the following:
   [Name of company, parent or controlling entity.]

6. State.   [Washington]

7. Contact person (person who prepared the data contained below).
   [▬▬▬▬]

8. Contact person telephone number and e-mail address.
   phone [▬▬▬▬]
   e-mail [▬▬▬▬]

9. Indicate whether this is an original or revised filing.
   [Original Filing]

10. Indicate whether you request non-disclosure of some or all of the information in this file
    because you believe that this information is privileged and confidential and public disclosure
    of such information would likely cause substantial harm to the competitive position of the filer.
    [Filer certifies that some data in this report is privileged and confidential]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    [Redacted version of file]

---

Please review instructions before completing form.

Reminders:

1) Virus check your floppy diskettes or compact disk before you mail them.

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of June 30, 2001). See Reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will be returned for refiling.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must include a Certification statement signed by an officer of your company. A single statement will cover all files included on the diskette(s) or compact disk.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Sections IV-B and IV-C of the instructions for information on preparing a redacted file.

7) Name your files as specified in section IV.B.1 of the instructions. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example [WACA#01Allegiance Telecom of Washington, Inc..XLS]

OMB NO.: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting                                    Part III:  Mobile Local Telephone

Allegiance Telecom of Washington, Inc.   non-ILEC operations  for Washington  June 30, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the
state over your own facilities.  See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of June 30, 2001

A.   Mobile voice telephony subscribers in service and served
     over your own facilities.

| (a)<br>Network telephone<br>service:<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE:  11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part IV: Explanations and Comments

[Allegiance Telecom of Washington, Inc. non-ILEC operations for Washington, June 30, 2001]

Space for comments or explanatory notes.

Part

Line    Comment

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting                                         Part V: Zip Code Listings

Allegiance Telecom of Washington, Inc.   non-ILEC operations for Washington   June 30, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of June 30, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband Service | (b) Wireline & Fixed Wireless Exchange Telephone |
|---|---|---|
| 1 | | XXXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003



*allegiancetelecom,inc.*
9201 N. Central Expressway
Suite 6B
Dallas, TX 75231
214/261-7100 phone



RECEIVED & INSPECTED

MAR 1 - 2002

FCC - MAILROOM

February 28, 2002

<u>VIA Overnight Delivery</u>

FCC Form 477
(Attn: CCB/IAD, Room 6-A220)
Federal Communications Commission
9300 East Hampton Drive
Capitol Heights, MD 20743

Subject:     Allegiance Telecom, Inc.
             Local Competition and Broadband Reporting Form, FCC Form 477

Dear FCC:

Allegiance Telecom, Inc. hereby submits its Local Competition and Broadband Reporting
Forms, FCC Form 477, as of December 31, 2001. This filing includes an originally
signed Certification Statement and 36 files contained on 18 floppy diskettes. Of these 36
files, 18 are public versions with the remaining 18 files being privileged and/or
confidential versions of FCC Form 477.

We request **"CONFIDENTIAL"** treatment of the enclosed information.

Please acknowledge receipt of this filing by date stamping the extra copy of this letter and
returning it to me in the enclosed self-addressed envelope.

Please contact ████████████████ if you have any questions or need additional
information. Thank you.

Sincerely,

David Rose
Manager, Regulatory Compliance
Allegiance Telecom, Inc.
<u>david.rose@algx.com</u>

Enclosures

Instructions for the Local Competition and Broadband Reporting Form, FCC Form 477 (For Filing Due 3/1/02)

V.    **CERTIFICATION STATEMENT**

FCC Form 477 Local Competition and Broadband Reporting
CERTIFICATION STATEMENT

> RECEIVED & INSPECTED
>
> MAR 1 – 2002
>
> FCC - MAIL ROOM

Check the method (use ONLY one) used to deliver completed Form 477(s) to the FCC. See
Instructions, Section IV, for the proper address to use for each delivery method:

____ E-mail                     _X_ Overnight service <u>other than</u> United States Postal Service

____ Messenger or hand delivery ____ Other (specify: _____ )

Also see Instructions, Section IV, for separate directions on how to submit the signed, original paper
copy of this Certification Statement to the FCC.

This filing is an   (check one) _X_ original filing      ____ revised filing
Organization name: ____Allegiance Telecom, Inc._____
Number of files provided for this reporting period: ___36_____
Year (of the data): __2001____      Data as of: [Check one: June 30___;   December 31 _X_ ]

I certify that I am an officer of ___Allegiance Telecom, Inc._____; that I have examined the
information contained in the data files attached herein and that to the best of my knowledge, information
and belief, all statements of fact contained in such files are true and that said files represent an accurate
statement of the affairs of the above named respondent as of the following date:
___December 31, 2001____

If I have requested non-disclosure of some or all of the information in FCC Form 477 by so indicating
on Line 10 of the form, I certify that this information is privileged and confidential and that public
disclosure of such information would likely cause substantial harm to the competitive position of the
respondent.

PRINTED NAME: ___Clay Myers_____

POSITION: __Sr. Vice President - Finance_____

SIGNATURE: ____[signature]_____

DATE: ____February 28, 2002_____
Persons making willful false statements in the report form can be punished by fine or imprisonment
under the Communications Act, 47 U.S.C. 220(e).

CONTACT PERSON: ____████████████████████████
TELEPHONE NUMBER: ____████████████_____

FEDERAL COMMUNICATIONS COMMISSION

13

**App. 662**

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

**File data as of:** [December 31, 2001]

1. Filing status | Meet broadband and local competition thresholds
2. Company | Allegiance Telecom of California, Inc.

3. Indicate the category that best describes the operations covered by this filing. | Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. | non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See Instructions Section IV-B-1 for information on preparing file names. | Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

| Name of company, parent or controlling entity.

6. State. | California

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
phone | ▮▮▮▮▮▮▮▮
e-mail | ▮▮▮▮▮▮▮▮

9. Indicate whether this is an original or revised filing. | Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. | All data in this report may be made public

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. | Redacted version of file

### Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be "opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV.B & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | C#CHD01Allegiance Telecom of California, Inc. XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 663

FCC Form 477 – Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

[Allegiance Telecom of California, Inc. – non-ILEC operations] for California, December 31, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone service subscribers | (b)<br>Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|---|
| | | |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 664**

FCC Form 477 – Local Competition and Broadband Reporting          Part IV: Explanations and Comments

Allegiance Telecom of California, Inc.     non-ILEC operations  for California  December 31, 2001

Part          Line          Comment

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of California, Inc.    non-ILEC operations for California    December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 666

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

| | | File data as of: December 31, 2001 |
|---|---|---|
| 1. | Filing status | Meet broadband and local competition thresholds |
| 2. | Company | Allegiance Telecom of Colorado, Inc. |

3. Indicate the category that best describes the operations covered by this filing.

Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or non-ILEC operations.

non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

Allegiance Telecom, Inc.

If you selected "not shown", then provide the following:

Name of company, parent or controlling entity.

6. State.

Colorado

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

phone �— ▬▬▬▬▬

e-mail ▬▬▬▬▬▬▬▬▬

9. Indicate whether this is an original or revised filing.

Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

Redacted version of file

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example |COC#B01Allegiance Telecom of Colorado, Inc..XLS|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

| FCC Form 477 – Local Competition and Broadband Reporting | Part III: Mobile Local Telephone |

[Allegiance Telecom of Colorado, Inc. non-ILEC operations for Colorado December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Colorado, Inc. non-ILEC operations for Colorado December 31, 2001

| Part | Line | Comment |
|------|------|---------|
| | | Space for comments or explanatory notes. |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 669

**FCC Form 477 – Local Competition and Broadband Reporting**                    **Part V: Zip Code Listings**

**Allegiance Telecom of Colorado, Inc. – non-ILEC operations for Colorado December 31, 2001**

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Cover Page - Name & Contact Information**

Please review instructions before completing form.

All filers must complete this section.

1. Filing status          | Meet broadband threshold only |
2. Company                | Allegiance Telecom of the District of Columbia, Inc. |

3. Indicate the category that best describes the operations covered by this filing.

| Wireline Local Exchange Carrier |

File data as of: | December 31, 2001 |

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.

| non-ILEC operations |

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See Instructions Section IV-B-1 for information on preparing file names.

| Allegiance Telecom, Inc. |

If you selected "not shown" above, then provide the following:

| Name of company, parent or controlling entity. |

6. State.          | District of Columbia |

7. Contact person      (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

   phone    | ████████████ |

   e-mail   | ████████████ |

9. Indicate whether this is an original or revised filing.

   | Original Filing |

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

   | Filer certifies that some data in this report is privileged and confidential |

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

   | Redacted version of file |

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | DC0#F001Allegiance Telecom of the District of Columbia, |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of the District of Columbia, Inc.    non-ILEC operations    for District of Columbia, December 31, 2001    ]

Data as of December 31, 2001

A.    Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
| | |

III - 1.    Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 672

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of the District of Columbia, Inc.   non-LEC operations  for District of Columbia  December 31, 2001

| Part | Line | Comment |
|------|------|---------|
| | | |

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE:  11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Part V: Zip Code Listings

**[Allegiance Telecom of the District of Columbia, Inc.   non-LEC operations  for District of Columbia  December 31, 2001]**

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | XXXXX | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page – Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

**Filing status**

1.
2. Company       | Meet local competition threshold only |
                 | Allegiance Telecom of Florida, Inc. |

3. Indicate the category that best describes the operations covered by this filing.
   | Wireline Local Exchange Carrier |

4. Filers must report separate data for iLEC and non-iLEC operations. Use the following drop-down box to indicate whether this worksheet contains data for iLEC or for non-iLEC operations.
   | non-iLEC operations |

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV.B-1 for information on preparing file names.
   | Allegiance Telecom, Inc. |

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. State.
   | Florida |

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.
   | Original Filing |

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    | Filer certifies that some data in this report is privileged and confidential |

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    | Redacted version of file |

**File data as of:** | December 31, 2001 |

Example: FLC#FD1Allegiance Telecom of Florida, Inc..XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

Allegiance Telecom of Florida, Inc. __ non--ILEC operations for Florida, December 31, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.    Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1.   Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Florida, Inc. non-ILEC operations for Florida December 31, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part V: Zip Code Listings

Allegiance Telecom of Florida, Inc. non-ILEC operations for Florida, December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.    5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing status    Meet broadband and local competition thresholds
2. Company    Allegiance Telecom of Georgia, Inc.    File data as of: [December 31, 2001]

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

3. Indicate the category that best describes the operations covered by this filing.    [Wireline Local Exchange Carrier]

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.    [non-ILEC operations]

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.    [Allegiance Telecom, Inc.]

   If you selected "not shown" above, then provide the following:
   Name of company, parent or controlling entity.    [                    ]

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov, or via TTY at (202) 418-0484.

6. State.    [Georgia]

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

7. Contact person (person who prepared the data contained below).    [                    ]

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IV.B and IV.C for information on preparing a redacted file.

8. Contact person telephone number and e-mail address.
   phone    [████████]
   e-mail    [████████]

7) Name your files as specified in instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.    Example    [GAC#D01Allegiance Telecom of Georgia, Inc..XLS]

9. Indicate whether this is an original or revised filing.    [Original Filing]

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.    [Filer certifies that some data in this report is privileged and confidential]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.    [Redacted version of file]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

[Allegiance Telecom of Georgia, Inc. non-ILEC operations for Georgia, December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

III - 1.  Cellular, PCS & other mobile telephony.

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 680

FCC Form 477 – Local Competition and Broadband Reporting

**Part IV: Explanations and Comments**

Allegiance Telecom of Georgia, Inc. non-ILEC operations for Georgia December 31, 2001

Space for comments or explanatory notes.

Part

Line

Comment

OMB NO.: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting                    Part V: Zip Code Listings

Allegiance Telecom of Georgia, Inc.   non-ILEC operations   for Georgia   December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Cover Page – Name & Contact Information**

All filers must complete this section.

Please review instructions before completing form.

1. Filing status | Meet broadband and local competition thresholds
2. Company | Allegiance Telecom of Maryland, Inc.

File data as of: December 31, 2001

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

3. Indicate the category that best describes the operations covered by this filing. | Wireline Local Exchange Carrier

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. | non-ILEC operations

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. | Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

6. State. | Maryland

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone ▐▬▬▬▬▬▬
   e-mail ▐▬▬▬▬▬▬

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

9. Indicate whether this is an original or revised filing. | Original Filing

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an 'example' name, below. Replace the character '#' in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    [Filer certifies that some data in this report is privileged and confidential]

Example: MDC#D01Allegiance Telecom of Maryland Inc.XLS

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    Redacted version of file

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 683**

FCC Form 477 — Local Competition and Broadband Reporting
Part III: Mobile Local Telephone

[Allegiance Telecom of Maryland, Inc.    non-ILEC operations  for Maryland December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities.  See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.    Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1.   Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Allegiance Telecom of Maryland, Inc. – non-ILEC operations - for Maryland - December 31, 2001

Part IV: Explanations and Comments

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 685

**FCC Form 477 – Local Competition and Broadband Reporting**　　　　**Part V: Zip Code Listings**

[Allegiance Telecom of Maryland, Inc. non-ILEC operations for Maryland December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1. 5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 -- Local Competition and Broadband Reporting**

| | Cover Page - Name & Contact Information |
|---|---|

Please review instructions before completing form.

All filers must complete this section.

1. Filing status | **Meet broadband and local competition thresholds**
2. Company | **Alleigance Telecom of Massachusetts, Inc.**

File data as of: **December 31, 2001**

3. Indicate the category that best describes the operations covered by this filing. | **Wireline Local Exchange Carrier**

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. | **non-ILEC operations**

5. Use the following drop-down box to select your company, parent or controlling entity name. Select 'not shown' if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. | **Allegiance Telecom, Inc.**

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. State. | **Massachusetts**

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

   phone ▮▮▮▮▮▮▮▮▮▮

   e-mail ▮▮▮▮▮▮▮▮▮▮

9. Indicate whether this is an original or revised filing. | **Original Filing**

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. | **Filer certifies that some data in this report is privileged and confidential**

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. | **Redacted version of file**

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character '#' in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example | **MA01#D01/Allegiance Telecom of Massachusetts, Inc..XLS**

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

**Part III: Mobile Local Telephone**

**Allegiance Telecom of Massachusetts, Inc. non-ILEC operations for Massachusetts    December 31, 2001**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
| --- | --- |
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part IV: Explanations and Comments**

[Allegiance Telecom of Massachusetts, Inc. non-ILEC operations for Massachusetts. December 31, 2001]

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**                    **Part V: Zip Code Listings**

[Allegiance Telecom of Massachusetts, Inc. non-ILEC operations for Massachusetts December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a)<br>Broadband service | (b)<br>Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | XXXXX | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing status | Meet local competition threshold only
2. Company | Allegiance Telecom of Michigan, Inc.

**File data as of:** December 31, 2001

3. Indicate the category that best describes the operations covered by this filing.

    Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. See reminder 4.

    non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

    Allegiance Telecom, Inc.

    If you selected "not shown" above, then provide the following:

    Name of company, parent or controlling entity.

6. State. | Michigan

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

    phone | ██████████████
    e-mail | ██████████████

9. Indicate whether this is an original or revised filing.

    Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

    Redacted version of file

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

    **Example:** MIC#D01Allegiance Telecom of Michigan, Inc._XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 691

FCC Form 477 -- Local Competition and Broadband Reporting | Part III: Mobile Local Telephone

[Allegiance Telecom of Michigan, Inc. non-ILEC operations for Michigan December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

A.    Mobile voice telephony subscribers in service and served over your own facilities.

Data as of December 31, 2001

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE:  11/30/2003

App. 692

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Michigan, Inc.      non-ILEC operations  for Michigan  December 31, 2001

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 693

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

Allegiance Telecom of Michigan, Inc. – non-ILEC operations for Michigan, December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

| | | |
|---|---|---|
| 1. | Filing status | Meet local competition threshold only |
| 2. | Company | Coast to Coast Telecommunications, Inc. |

3. Indicate the category that best describes the operations covered by this filing.

   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.

   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See Instructions Section IV-B-1 for information on preparing file names.

   Allegiance Telecom, Inc.

   If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity:

6. State.

   Michigan

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

   phone
   e-mail

9. Indicate whether this is an original or revised filing.

   Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

    Redacted version of file

File data as of: December 31, 2001

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: MI#D01Coast to Coast Telecommunications, Inc._XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 695

FCC Form 477 – Local Competition and Broadband Reporting                                    Part III: Mobile Local Telephone

[Coast to Coast Telecommunications, Inc. non-ILEC operations for Michigan, December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the
state over your own facilities.  See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.    Mobile voice telephony subscribers in service and served
      over your own facilities.

|  | (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
|  |  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part IV:  Explanations and Comments

Coast to Coast Telecommunications, Inc. non-ILEC operations for Michigan December 31, 2001

| Part | Line | Comment |
| --- | --- | --- |

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 – Local Competition and Broadband Reporting**                    **Part V: Zip Code Listings**

Coast to Coast Telecommunications, Inc. – non-ILEC operations for Michigan  December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| | | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 698

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

**File data as of:** December 31, 2001

| 1. | Filing status | Meet local competition threshold only |
| 2. | Company | Allegiance Telecom of Missouri, Inc. |

3. Indicate the category that best describes the operations covered by this filing.

   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.

   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions.

   Allegiance Telecom, Inc.

   If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity.

6. State.

   Missouri

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

   phone

   e-mail

9. Indicate whether this is an original or revised filing.

   Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.

    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.

    Redacted version of file

---

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example MO#B01Allegiance Telecom of Missouri, Inc..XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

[Allegiance Telecom of Missouri, Inc., non-ILEC operations for Missouri, December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1. Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 700

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Missouri, Inc. non-ILEC operations for Missouri December 31, 2001

Space for comments or explanatory notes.

| Part | Line | Comment |
|------|------|---------|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting    Part V: Zip Code Listings

Allegiance Telecom of Missouri, Inc. non-ILEC operations for Missouri December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:



| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

All filers must complete this section.

1. Filing status [ Meet local competition threshold only ]
2. Company [ Alleigance Telecom of New Jersey, Inc. ]

File data as of: [ December 31, 2001 ]

3. Indicate the category that best describes the operations covered by this filing.
   [ Wireline Local Exchange Carrier ]

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   [ non-ILEC operations ]

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   [ Alleigance Telecom, Inc. ]

If you selected "not shown" above, then provide the following:
   [ Name of company, parent or controlling entity ]

6. State. [ New Jersey ]

7. Contact person (person who prepared the data contained below).
   [ ]

8. Contact person telephone number and e-mail address.
   phone [ ]
   e-mail [ ]

9. Indicate whether this is an original or revised filing.
   [ Original Filing ]

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    [ Filer certifies that some data in this report is privileged and confidential ]

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    [ Redacted version of file ]

Reminders:
1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.
   Example: [ NJ#0IDO1Alleigance Telecom of New Jersey, Inc . XLS ]

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 703**

FCC Form 477 -- Local Competition and Broadband Reporting

**Part III: Mobile Local Telephone**

[Allegiance Telecom of New Jersey, Inc. non-ILEC operations for New Jersey, December 31, 2001]

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 704

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of New Jersey, Inc., non-ILEC operations for New Jersey December 31, 2001

Space for comments or explanatory notes.

Part    Line    Comment

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 — Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of New Jersey, Inc.    non-ILEC operations for New Jersey, December 31, 2001 ]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 706

# FCC Form 477 -- Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

Please review instructions before completing form.

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example: NYCH001Allegiance Telecom of New York, Inc._XLS

All filers must complete this section.

1. Filing status          Meet broadband and local competition thresholds
2. Company                Allegiance Telecom of New York, Inc.

3. Indicate the category that best describes the operations covered by this filing.
   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:
   Name of company, parent or controlling entity.

6. State.          New York

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.
   Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
   Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
   Redacted version of file

File data as of: December 31, 2001

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 707

**FCC Form 477 – Local Competition and Broadband Reporting**                                          **Part III: Mobile Local Telephone**

Allegiance Telecom of New York, Inc. non-ILEC operations for New York December 31, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 708

FCC Form 477 -- Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of New York, Inc.   non-ILEC operations  for New York, December 31, 2001

Space for comments or explanatory notes.

Part

Line

Comment

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting

Part V: Zip Code Listings

[Allegiance Telecom of New York, Inc. -- non-ILEC operations for New York  December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| | XXXXX | XXXXX |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

**Reminders:**

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

---

**Filing status** | Meet local competition threshold only

1.
2. **Company** | Alleglance Telecom of Ohio, Inc.

3. Indicate the category that best describes the operations covered by this filing. | Wireline Local Exchange Carrier

**File data as of:** December 31, 2001

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. | non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select 'not shown' if it is not in the list. See instructions Section IV-B-1 for information on preparing file names. | Alleglance Telecom, Inc.

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. **State.** | Ohio

7. **Contact person** (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.

phone | 

e-mail | 

9. Indicate whether this is an original or revised filing. | Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer. | Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file. | Redacted version of file

Example OH:0#D01Alleglance Telecom of Ohio, Inc. XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/20/2003

App. 711

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of Ohio, Inc. - non-ILEC operations for Ohio December 31, 2001]

Data as of December 31, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| (a) Network telephone service subscribers | (b) Percentage of (a) provided (i.e. billed directly) to end users |
|---|---|
| | |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 712

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

[A]llegiance Telecom of Ohio, Inc., non-ILEC operations for Ohio, December 31, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 713**

**FCC Form 477 – Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

[Allegiance Telecom of Ohio, Inc. non-ILEC operations for Ohio December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a) Broadband service | (b) Wireline & fixed wireless exchange telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 714**

# FCC Form 477 — Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

File data as of: `December 31, 2001`

1. Filing status `Meet broadband and local competition thresholds`
2. Company `Allegiance Telecom of Pennsylvania, Inc.`

3. Indicate the category that best describes the operations covered by this filing.
   `Wireline Local Exchange Carrier`

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   `non-ILEC operations`

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   `Allegiance Telecom, Inc.`

If you selected "not shown", then provide the following:

Name of company, parent or controlling entity.

6. State. `Pennsylvania`

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone ▉▉▉▉▉▉▉
   e-mail ▉▉▉▉▉▉▉

9. Indicate whether this is an original or revised filing.
   `Original Filing`

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    `Filer certifies that some data in this report is privileged and confidential`

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    `Redacted version of file`

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

Example `PAC#D01Allegiance Telecom of Pennsylvania, Inc..XLS`

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 715

FCC Form 477 — Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

Allegiance Telecom of Pennsylvania, Inc. – non-ILEC operations for Pennsylvania. December 31, 2001

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

Data as of December 31, 2001

A.  Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| | | |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 716

FCC Form 477 -- Local Competition and Broadband Reporting                    Part IV: Explanations and Comments

[Allegiance Telecom of Pennsylvania, Inc. -- non-ILEC operations for Pennsylvania  December 31, 2001 ----------------]

| Part | Line | Comment |
|------|------|---------|
|      |      | Space for comments or explanatory notes. |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 -- Local Competition and Broadband Reporting                 Part V: Zip Code Listings

Allegiance Telecom of Pennsylvania, Inc.   non-ILEC operations  for Pennsylvania  December 31, 2001

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| 1 | XXXXX | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 718

# FCC Form 477 – Local Competition and Broadband Reporting

## Cover Page - Name & Contact Information

All filers must complete this section.

Please review instructions before completing form.

1. Filing status — **Meet broadband and local competition thresholds**
2. Company — **Allegiance Telecom of Texas, Inc.**

File data as of: **December 31, 2001**

3. Indicate the category that best describes the operations covered by this filing.
   **Wireline Local Exchange Carrier**

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   **non-ILEC operations**

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   **Allegiance Telecom, Inc.**

If you selected "not shown" above, then provide the following:

Name of company, parent or controlling entity.

6. State. **Texas**

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.
   **Original Filing**

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    **Filer certifies that some data in this report is privileged and confidential**

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    **Redacted version of file**

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See instructions sections IV & V.

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See instructions sections IVB and IVC for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.
   **TXC#D01Allegiance Telecom of Texas, Inc. XLS**

Example:

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 719

FCC Form 477 -- Local Competition and Broadband Reporting

Part III: Mobile Local Telephone

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

[Allegiance Telecom of Texas, Inc. non-ILEC operations for Texas December 31, 2001]

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|
|  |  |

III - 1.  Cellular, PCS & other mobile telephony.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 720

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Texas, Inc._ non-ILEC operations for Texas_December 31, 2001

Space for comments or explanatory notes.

| Part | Line | Comment |
|---|---|---|

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

**Part V: Zip Code Listings**

[Allegiance Telecom of Texas, Inc. non-ILEC operations for Texas December 31, 2001]

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.  5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| 1 | XXXXX | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**FCC Form 477 — Local Competition and Broadband Reporting**

| | Cover Page - Name & Contact Information |

All filers must complete this section.

Please review instructions before completing form.

**File data as of:** December 31, 2001

Reminders:

1. Filing status — Meet local competition threshold only

2. Company — Allegiance Telecom of Virginia, Inc.

3. Indicate the category that best describes the operations covered by this filing.
   Wireline Local Exchange Carrier

4. Filers must report separate data for ILEC and non-ILEC operations. Use the following drop-down box to indicate whether this worksheet contains data for ILEC or for non-ILEC operations.
   non-ILEC operations

5. Use the following drop-down box to select your company, parent or controlling entity name. Select "not shown" if it is not in the list. See instructions Section IV-B-1 for information on preparing file names.
   Allegiance Telecom, Inc.

If you selected "not shown" above, then provide the following:

   Name of company, parent or controlling entity.

6. State. — Virginia

7. Contact person (person who prepared the data contained below).

8. Contact person telephone number and e-mail address.
   phone
   e-mail

9. Indicate whether this is an original or revised filing.
   Original Filing

10. Indicate whether you request non-disclosure of some or all of the information in this file because you believe that this information is privileged and confidential and public disclosure of such information would likely cause substantial harm to the competitive position of the filer.
    Filer certifies that some data in this report is privileged and confidential

11. If you requested non-disclosure in line 10, indicate if this is your complete or redacted file.
    Redacted version of file

Reminders:

1) Ensure files are virus free by using up-to-date virus detection software. Filers are encouraged to submit files via e-mail (address: FCC477@fcc.gov).

2) If you are filing original or revised data for an earlier semi-annual reporting period, do not use this particular form (which is only for data as of December 31, 2001). See reminder 4.

3) You may not insert or delete columns or rows, move cells, or edit text or numbers outside the cells provided for data entries. Files that cannot be opened in EXCEL97, files whose structure has been altered, and files with improper names will have to be refiled.

4) If you have questions about the form, contact the Common Carrier Bureau, Industry Analysis Division at (202) 418-0940; via e-mail at 477INFO@fcc.gov; or via TTY at (202) 418-0484.

5) You must submit a Certification Statement signed by an officer of your company. A single statement may cover all files submitted. See Instructions sections IV & V

6) If you request non-disclosure of some data, you must file a public version of the form with such information redacted. See Instructions sections IV.B and IV.C for information on preparing a redacted file.

7) Name your files as specified in Instructions section IV.B.1. To assist you, complete this Cover Page to generate an "example" name, below. Replace the character "#" in this example name with a sequence number as specified in the instructions. This number should be "1" unless using "1" would cause you to submit more than one file with the identical file name.

   Example: VAC#D01 Allegiance Telecom of Virginia, Inc..XLS

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

**App. 723**

**FCC Form 477 -- Local Competition and Broadband Reporting**

**Part III: Mobile Local Telephone**

Complete Part III if you and all affiliates (including commonly controlled entities) serve 10,000 or more mobile voice telephony subscribers in the state over your own facilities. See instructions for definitions of "mobile voice telephony subscribers" and "owned facilities".

**Allegiance Telecom of Virginia, Inc. -- non-ILEC operations - for Virginia, December 31, 2001**

Data as of December 31, 2001

A. Mobile voice telephony subscribers in service and served over your own facilities.

| | (a)<br>Network telephone<br>service<br>subscribers | (b)<br>Percentage of (a)<br>provided<br>(i.e. billed directly)<br>to end users |
|---|---|---|
| III- 1. Cellular, PCS & other mobile telephony. | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

App. 724

FCC Form 477 – Local Competition and Broadband Reporting

Part IV: Explanations and Comments

Allegiance Telecom of Virginia, Inc. non-ILEC operations for Virginia December 31, 2001

| Part | Line | Comment |
|------|------|---------|

Space for comments or explanatory notes.

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003

FCC Form 477 – Local Competition and Broadband Reporting

Part V: Zip Code Listings

**[Allegiance Telecom of Virginia, Inc., non-ILEC operations for Virginia, December 31, 2001]**

Filers completing Part I or Part II must supply a list of 5-digit Zip Codes in which the filer has at least one customer.
Do not provide customer counts by Zip Code.

Data as of December 31, 2001

V - 1.   5-digit Zip Codes in the state in which you provide service to end-user locations:

| | (a)<br>Broadband<br>service | (b)<br>Wireline & fixed<br>wireless exchange<br>telephone |
|---|---|---|
| 1 | | XXXXX |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |

OMB NO: 3060-0816
EXPIRATION DATE: 11/30/2003