UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR PRIVATE EQUITY INVESTMENTS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | NO. 3-03-CV-2761-K |
| ROYCE J. HOLLAND AND ANTHONY PARELLA, | ) ) ) | |
| DEFENDANTS. | ) ) | |

APPENDIX TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
SECOND MOTION FOR CLASS CERTIFICATION

| EXHIBIT | TITLE | D. APP.# |
|---|---|---|
| **Exhibit A** | Expert Report of Carlyn R. Taylor, FTI Consulting, Inc. | 001–0036 |
| **Exhibit B** | Expert Report of James K. Malernee, Jr. | 0037–0082 |
| **Exhibit C** | Expert Rebuttal Report of Lawrence F. Ranallo (Filed under Seal) | 0083–0159 |
| **Exhibit D** | Excerpt from 1999 Form 10-K | 0160–0172 |
| **Exhibit E** | Excerpt from 2000 Form 10-K | 0173–0178 |
| **Exhibit F** | Excerpt from 2001 Form 10-K | 0179–0211 |
| **Exhibit G** | Excerpt from Anthony Parella October 15, 2007 Deposition | 0212–0219 |
| **Exhibit H** | 1/24/05 Doug Dooley email and 10/27/07 Kurt Whitcher email | 0220–0224 |
| **Exhibit I** | Excerpt from Clay Meyers September 20, 2007 Deposition | 0225–0233 |
| **Exhibit J** | Excerpt from Royce Holland October 5, 2007 Deposition | 0234–0236 |
| **Exhibit K** | Minute by Minute Trading Data | 0237–0256 |

| | | |
|---|---|---|
| **Exhibit L** | Excerpt from Brett Messing October 25, 2004 Deposition | 0257–0264 |
| **Exhibit M** | June 20, 2002 Messing letter congratulating Parella | 0265 |
| **Exhibit N** | May 15, 2002 Real Money.com Article | 0266–0268 |
| **Exhibit O** | Declaration of Michael W. Stockham | 0269–0271 |

Respectfully submitted,

  s/ Michael W. Stockham
Timothy R. McCormick
Texas State Bar No. 13463500

William L. Banowsky
Texas State Bar No. 01697125

Michael W. Stockham.
Texas State Bar No. 24038074

Jill C. Penn
Texas State Bar No. 24051181

**THOMPSON & KNIGHT LLP**
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

**ATTORNEYS FOR ROYCE J. HOLLAND AND ANTHONY PARELLA**

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007 I electronically filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to attorneys of record, who have consented in writing to accept this Notice as service of this document by electronic means.

  s/ Michael W. Stockham

506298 000002 DALLAS 2259898.1