UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR PRIVATE EQUITY INVESTMENTS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROYCE J. HOLLAND and ANTHONY PARELLA,<br><br>Defendants. | No. 3:03-CV-2761-K |

## APPENDIX TO PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS

| **Exhibit** | **Exhibit Title** | **Pl. Supp. App. No.** |
|---|---|---|
| Exhibit A | Second Rebuttal Report of Candace L. Preston, CFA | 0001 - 0269 |
| Exhibit B | February 20, 2002 Bloomberg News Article | 0270 |
| Exhibit C | Defendant's Opening Brief on Appeal | 0271 - 0272 |
| Exhibit D | Defendant's Reply Brief on Appeal | 0273 - 0274 |
| Exhibit E | Deposition of Brett Messing (Excerpts) | 0275 - 0281 |
| Exhibit F | Declaration of Carlyn Taylor in Support of Defendants' Motion for Summary Judgement from Westlaw | 0282 - 0284 |
| Exhibit G | Allegiance Telecom 2001 10-K (Excerpts) | 0285 - 0287 |
| Exhibit H | Allegiance Telecom Business Analysis Framework | 0288 - 0289 |
| Exhibit I | Government Brief from *United States v. Kalkwarf* | 0290 - 0294 |

APPENDIX TO PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-K                                                                                      Page 1 of 2

| Exhibit | Exhibit Title | Pl. Supp. App. No. |
|---|---|---|
| Exhibit J | Internal Control Memorandum | 0295 - 0296 |
| Exhibit K | Kornegay Exhibit #120 | 0297 - 0298 |
| Exhibit L | Kornegay Exhibit #124 | 0299 |
| Exhibit M | Deposition of Christine Kornegay (Excerpts) | 0300 - 0302 |
| Exhibit N | Deposition of Royce Holland (Excerpts) | 0303 - 305 |
| Exhibit O | Deposition of Thomas M. Lord (Excerpts) | 0306 - 0308 |

**DATED:** January 4, 2008

Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP
___s/Lionel Z. Glancy_____
Lionel Z. Glancy (Pro Hac Vice)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:       info@glancylaw.com
         -and-
Robin B. Howald (Pro Hac Vice)
1501 Broadway, Suite 1900
New York, New York 10036
Telephone:    (917) 510-0009
Facsimile:    (646) 366-0895
E-mail:       hobbit99@aol.com
Lead Counsel for Plaintiffs

Roger F Claxton, S.B.N. 04329000
Robert Hill, S.B.N. 09652100
Claxton & Hill
3131 McKinney Ave, Suite 700 LB 103
Dallas, TX 75204-2471
Telephone:    (214) 969-9029
Facsimile:    (214) 953-0583
E-mail:       claxtonhill@airmail.net
Liaison Counsel for Plaintiffs

APPENDIX TO PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL SUBMISSION REGARDING CLASS CERTIFICATION LOSS CAUSATION ISSUES ON REMAND FROM THE THE FIFTH CIRCUIT COURT OF APPEALS

CASE NO. 3:03-CV-2761-K                                                                          Page 2 of 2